(No. 6962

JUDICIAL INQUIRY BOARD, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF FINANCE, Respondent.

*Opinion filed April 26, 1973.*

RAY F. BREEN, JUDICIAL INQUIRY BOARD, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-37

UNIVERSITY OF EVANSVILLE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 27, 1973.*

UNIVERSITY OF EVANSVILLE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.